IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00176-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RACHEL SHARON LANDGREBE,

      Defendant.
_____

**UNOPPOSED MOTION TO TRAVEL OUT OF STATE
FOR EMPLOYMENT**
_____

Rachel Landgrebe, through Assistant Federal Defender Kelly Christl, requests this Court grant Ms. Landgrebe permission to travel to Scottsdale, Arizona for work January 20, 2019 to January 24, 2019. In support:

1. Ms. Landgrebe is employed as a registered nurse. Her employer is based out of Scottsdale, Arizona. The employer is requiring Ms. Landgrebe travel to the main clinic in Scottsdale to train with more experienced nurses. Ms. Landgrebe would work three 12 hour shifts, from 7:00 a.m. to 7:30 p.m. on January 21, 22, and 23. This would require Ms. Landgrebe to leave Denver on January 20 and return either late January 23 or early January 24. Undersigned counsel has provided an email verifying this itinerary to the assigned probation officer.

2. Ms. Landgrebe would stay at a hotel located two blocks from the clinic where she would be working. Ms. Langrebe would travel by air. She will provide a detailed itinerary to her probation officer.

3. On December 18, 2019, Ms. Landgrebe pleaded guilty to one count of bank robbery. She has been on bond since April 26, 2019. This Court continued the conditions of bond until the sentencing date of April 30, 2020.

4. Ms. Landgrebe is on a GPS monitor. The probation officer confirmed she would be able to pass TSA screening with the ankle monitor. The monitor would also be able to track her movement in Arizona.

5. Ms. Landgrebe has three small children and a husband who will remain in Denver during the training.

6. Undersigned counsel has conferred with Assistant United States Attorney Kurt Bohn. He is not opposed to this request.

7. The probation department takes no position on this request. Undersigned counsel did speak with the assigned probation officer to discuss the parameters, if the Court were to grant this request.  That would include the probation officer's discretion to limit Ms. Landgrebe's movement to a very limited area, potentially only two blocks. Probation has the discretion to demand Ms. Landgrebe meet with a probation officer in Scottsdale to ensure Ms. Landgrebe is in compliance with bond conditions. Ms. Langrebe would only be allowed travel between the hotel, clinic, and a dining establishment within a very limited area, set by the

probation officer. Probation would have the discretion to request Ms. Landgrebe's dining locations in advance.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Kurt Bohn, AUSA
    Email: Kurt.Bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Rachel Sharon Landgrebe    (via Mail)


                                                  s/Kelly Christl
                                                  KELLY CHRISTL
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO  80202
                                                  Telephone:  (303) 294-7002
                                                  FAX:  (303) 294-1192
                                                  kelly.christl@fd.org
                                                  Attorney for Defendant