## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00176-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RACHEL SHARON LANDGREBE,

    Defendant.

---

### UNITED STATES' RESPONSE TO THE PRESENTENCE INVESTIGATION REPORT

---

Comes now the United States of America, by and through the below signed Assistant United States Attorney for the District of Colorado, responds to the presentence investigation report as follows:

The United States has reviewed the presentence investigation report (Docket # 43) and has no objection to the factual portion of it. Consistent with the plea agreement, the United States agrees to recommend a sentence at the bottom of the guideline calculations, as determined by the Court. Therefore, to the extent that the Court adopts the advisory calculation as contained in the presentence investigation report, the bottom of the guideline would provide for a period of confinement of 51 months.

Dated: 4 June 2020,

                                      JASON R. DUNN
                                      United States Attorney


s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   kurt.bohn@usdoj.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on June 4, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail address:

Kelly Christl
Kelly_Christl@fd.org


      s/ Kurt J. Bohn
      United States Attorney Office

3