IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00176-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RACHEL SHARON LANDGREBE,

       Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

      The defendant, Rachel Sharon Landgrebe, through undersigned counsel, requests this Court continue the sentencing hearing scheduled for August 12, 2021. In support:

1. Ms. Landgrebe is on bond with conditions. [ECF Doc. 16, 17]. She is compliant with conditions.

2. Ms. Landgrebe's brother died by suicide on Friday, July 16, 2021. He was out of state at the time, and the family is working on getting his remains back to Denver so that funeral arraignments can be made.

3. Ms. Landgrebe is devastated, in a state of shock, and is unable to focus on assisting counsel with preparation for the sentencing hearing. Sentencing motions are due on July 29. Defense counsel will be on trial next week and planned to spend time this week with her client working on the sentencing motion. Understandably, Ms. Landgrebe is preoccupied by this tragedy.

4. The government does not object to a continuance.

5.   The parties are seeking to reset the hearing in late August or early-September.


Respectfully submitted,


VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Kurt Bohn, AUSA
> Email: Kurt.Bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Rachel Sharon Landgrebe                (via Mail)

> s/Kelly Christl
> KELLY CHRISTL
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> kelly.christl@fd.org
> Attorney for Defendant