IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00176-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RACHEL SHARON LANDGREBE,

        Defendant.
_____

**EMERGENCY UNOPPOSED MOTION TO TRAVEL OUT OF STATE
JULY 22, 2021**
_____

        Rachel Landgrebe, through Assistant Federal Defender Kelly Christl, requests this Court grant Ms. Landgrebe permission to travel on July 22, 2021, for a single day, to Nebraska to retrieve her deceased brother's vehicle. In support:

        Ms. Landgrebe's brother died by suicide on July 16, 2021, in Gering, Nebraska. Her brother's belongings and vehicle are in Nebraska. Ms. Landgrebe is seeking permission to drive with a cousin to retrieve his belongings and drive her late-brother's truck back. This is approximately a seven-hour round-trip drive, and Ms. Landgrebe would be out of the State of Colorado for approximately five hours. She will have her location monitored via GPS monitoring through her probation officer.

//

//

//

//

The government is unopposed to this request.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

   I hereby certify that on July 21, 2021, I electronically filed the foregoing **EMERGENCY UNOPPOSED MOTION TO TRAVEL OUT OF STATE JULY 22, 2021** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Kurt Bohn, AUSA
  Email: Kurt.Bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Rachel Sharon Landgrebe  (via Mail)

            s/Kelly Christl
            KELLY CHRISTL
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            kelly.christl@fd.org
            Attorney for Defendant