**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  19-cr-00176-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

RACHEL SHARON LANDGREBE,

Defendant.

_____

**ORDER GRANTING EMERGENCY UNOPPOSED
MOTION TO TRAVEL OUT OF STATE JULY 22, 2021**
_____

Magistrate Judge N. Reid Neureiter

     This matter is before the Court on the Defendant's Emergency Unopposed Motion to Travel Out of State July 22, 2021 (Dkt. #57), referred to me by Judge Robert E. Blackburn (Dkt. #58). Finding good cause shown, it is hereby ORDERED that the motion is GRANTED.

**DATED**: July 21, 2021